COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Kristopher Ryan O'Neal v. The State of Texas

Appellate case number:   01-13-00626-CR

Trial court case number: 11-DCR-058934A

Trial court:                    268th District Court of Fort Bend County

On August 15, 2013, we abated this appeal for a determination by the trial court regarding whether appellant, after conferring with counsel, wished to prosecute this appeal. On August 20, 2013, appellant filed a motion to dismiss this appeal signed by both appellant and his counsel. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we withdraw our August 15, 2013 order of abatement and reinstate this case on the Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                 ☒ Acting individually    ☐ Acting for the Court

Date: August 22, 2013